**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Charles Lewis MADISON, Jr., a.k.a.**
**Blue, Defendant-Appellant.**

**No. 16-16934**
**Non-Argument Calendar**

United States Court of Appeals, Eleventh Circuit.

(May 22, 2017)

David Charles Waterman, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Robert Edward Bodnar, Jr., U.S. Attorney's Office, Orlando, FL, for Plaintiff-Appellee

Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, Mary A. Mills, Federal Public Defender's Office, Ocala, FL, for Defendant-Appellant

Before TJOFLAT, WILLIAM PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

Adeel Bashir, appointed counsel for Charles Madison, Jr. in this direct criminal appeal, has moved to withdraw from further representation of the appellant pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Charles Madison, Jr.'s conviction and sentence are **AFFIRMED**.